IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-26-JLK**

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.

**2.    EVERETT MICHAEL HARRINGTON,**

      Defendant.

## MINUTE ORDER
## SETTING TRIAL DATE AND OTHER DEADLINES

Judge John L. Kane **ORDERS**

All pretrial motions in this matter are due on or before **September 1, 2011;** responses to these motions are due **September 16, 2011**.  It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and **Final Trial Preparation Conference** is set for **September 30, 2011, at 10:00 a.m.**  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested.  It is

FURTHER ORDERED that a **5-day jury trial** is set for **October 11, 2011 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  August 11, 2011